IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X
Confederación Hipica de Puerto Rico, Inc.,
Camarero Racetrack Corp.,

                Plaintiffs,

                              Civil Action No. 3:16-CV-02256
v.

Confederación de Jinetes Puertorriqueños, Inc., *et al.*,

                Defendants.
-----------------------------------------------------------------X

NOTICE OF MOTION

PLEASE TAKE NOTICE that the Jockeys' Guild, Inc., upon its Memorandum of Law in Support of Motion by Jockeys' Guild, Inc. to be Allowed to File an Amicus Curiae Brief, the Declaration of John Velazquez in Support of a Motion by the Jockeys' Guild, Inc. to Be Allowed to File an Amicus Curiae Brief, and the Application for Admission Pro Hac Vice of Thomas M. Kennedy, by the undersigned counsel, will move this Court for an Order granting the motion to file an amicus curiae brief and granting the admission of Thomas M. Kennedy in this matter *pro hac vice*.

Date: New York, New York
       August 22, 2016

                                            _____
                                            Axel A. Vizcarra-Pellot, Esq. (No. 304011)
                                            5900 Isla Verde Avenue, L2-362
                                            Carolina, Puerto Rico 00979
                                            (787) 727-3000
                                            axelvizcarra@icloud.com

                                            _____
                                            Thomas M. Kennedy (NY Bar No. 1394162)
                                            KENNEDY, JENNIK & MURRAY, P.C.
                                            113 University Place, 7th Floor
                                            New York, NY  10003

(212) 358-1500
(212) 358-0207 (facsimile)
tkennedy@kjmlabor.com

Attorneys for Amicus Curiae
Jockeys' Guild, Inc.