IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

gr-396.m19

| | |
|---|---|
| **CONFEDERACIÓN HÍPICA DE PUERTO RICO, INC.**<br><br>**PLAINTIFFS**<br><br>**V.**<br><br>**CONFEDERACIÓN DE JINETES PUERTORRIQUEÑOS, INC.**<br><br>**DEFENDANTS** | **CIVIL NO: 2016 - 2256 (DRD)** |

### URGENT MOTION TO INFORM THE EMERGENCY HOSPITALIZATION OF BROTHER COUNSEL AXEL VIZCARRA, ESQ.

Come now defendants, **CONFEDERACIÓN DE JINETES PUERTORRIQUEÑOS, INC.** (**Confederación**), except for those **Jockeys**, part of **Confederación**, who have not been served to this very date, through the subscribing **ATTORNEYS**, who without submitting to the Court's jurisdiction respectfully allege and pray:

Just last night (read this morning) the subscribing Attorney was informed via text message, by brother Counsel Axel Vizcarra's son, that **Axel Vizcarra, Esq.**, had to be hospitalized, on an emergency basis due to a pain he experienced, in his abdominal area.  Mr. Vizcarra is presently hospitalized in the University of Puerto Rico Hospital, in Carolina, until further notice and/or to the time of his discharge.

The Court had granted the appearing defendants until yesterday to file their sur-reply, to the plaintiffs' reply to the defendants' opposition, to their request for summary judgment. Mr. Vizcarra was working on the mentioned sur-reply, but due to his emergency hospitalization, he was precluded from finalizing said sur-reply, for which it is most respectfully requested, an additional extension of time for the appearing defendants to file their sur-reply, until **September 15th, 2019**, trusting Mr. Vizcarra be discharged from the Hospital by then.

The subscriber is presently in the preparation of trial to commence on **August 26th, 2019** through **August 30th, 2019**, in the case of **DTW, Inc. d/b/a Yamato Japanese Restaurant** v. **ESJ Resort, LLC d/b/a El San Juan Hotel**, Civil Num: FAC 2018 - 0127 (408), case pending before the Court of First Instance, Superior Court, Carolina Part.

**WHEREFORE**, it is most respectfully requested the relief sought herein be in all respects granted, with such other and further relief as this Court may deem just and proper.

**I HEREBY CERTIFY** that on the herein below mentioned date the appearing plaintiff electronically filed the foregoing motion in the Clerk's Office of this Court, by means of the **CM/ECF**, and notified of such to all of the Attorneys who have filed an appearance in the above captioned cause of action.

**RESPECTFULLY SUBMITTED**.

2

In San Juan, Puerto Rico, this 22nd day of August of the year 2019.

By: /s/ **AXEL VIZCARRA-PELLOT**
#304011

Law Offices of
**AXEL VIZCARRA-PELLOT**
5900 Isla Verde Avenue
L2-362
Carolina, PR  00979
**axelvizcarra@icloud.com**
T:  787.727.3000
F:  939.336.3992

By:  /s/ **PETER JOHN PORRATA**
#128901

Law Offices of
**PETER JOHN PORRATA**
1353 Luis Vigoreaux Avenue
PMB 204
Guaynabo, PR  00966
**peterjohnporrata@gmail.com**
M: 407.953.9888