IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CONFEDERACIÓN HÍPICA DE PUERTO RICO, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**CONFEDERACIÓN DE JINETES PUERTORRIQUEÑOS, INC., et al.,**<br><br>*Defendants.* | **CIVIL NO. 16-2256 (DRD)** |

**JUDGMENT**

Pursuant to the Court's *Amended Opinion and Order* (Docket No. 214) granting Plaintiffs' Camarero Racetrack Corp., and Confederación Hípica de Puerto Rico, Inc.'s (hereinafter, "Plaintiffs") request for Preliminary and Permanent Injunction; and *Opinion and Order* (Docket No. 279) granting Plaintiffs' *Motion for Summary Judgment* (Docket No. 248) as amended by way of *Supplemental Motion for Summary Judgment* (Docket No. 272), the Court hereby enters final judgment in favor of Plaintiffs, as to liability and damages.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico, this 30th day of September, 2019.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge