# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CONFEDERACION HIPICA DE PUERTO RICO; CAMARERO RACE TRACK CORP.** <br> PLAINTIFFS <br><br> v. <br><br> **CONFEDERACION DE JINETES PERTORRIQUENOS, INC.; ET. ALS.** <br> DEFENDANTS | CASE NO.:   CV-02256 (DRD) |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW Confederación de Jinetes Puertorriqueños, Inc. (CJP) and its members Abner Adorno, Carlos Quiñones, Cindy Soto, David Rosaro, Edwin Castro, Héctor Berríos, Héctor Rivera, Jomar García, Kennel Pellot, Luis Negrón, Pedro González, Sasha Ortiz, Steven Fret, Miguel A. Sánchez, and others who have been served, represented by undersigned attorneys, who respectfully state, allege and pray as follows:

Notice is hereby given that the Defendants above mentioned, hereby appeal to the United States Court of Appeals for the First Circuit, from the judgment entered upon by the District Court, on **October 3rd, 2019** (**dkt. #281**).

**WHEREFORE**, it is most respectfully requested the relief sought herein be in all respects granted, with such other and further relief as this Court may deem just and proper.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 4th day of November, 2019.

By: **/s/ AXEL VIZCARRA-PELLOT**
#304011

Law Offices of
**AXEL VIZCARRA-PELLOT**
5900 Isla Verde Avenue
L2-362
Carolina, PR 00979
**axelvizcarra@icloud.com**
T: 787.727.3000

By: **/s/ PETER JOHN PORRATA**
#128901

Law Offices of
**PETER JOHN PORRATA**
1353 Luis Vigoreaux Avenue
PMB 204
Guaynabo, PR 00966
**peterjohnporrata@gmail.com**
M: 407.953.9888

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this same date the appearing Defendants electronically filed the foregoing motion in the Clerk's Office of this Court by means of the **CM/ECF**, and notified of such to all of the Attorneys who have filed an appearance in the above captioned cause of action.

By: **/s/ AXEL VIZCARRA-PELLOT**

By: **/s/ PETER JOHN PORRATA**
Attorneys for Defendants