# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>Transmittal of Abbreviated Record to the Court of Appeals</u>

**DATE:** December 11, 2020

**DC #:** 16-2256  (DRD) / SECOND AMENDED NOTICE OF APPEAL
**Related USCA Case #:** 19-2201

**APPEAL FEE PAID:**  YES ____   NO __X__

**CASE CAPTION:**  Confederación Hípica de Puerto Rico, Inc. et al
 v.  Confederación de Jinetes Puertorriqueños, Inc. et al

**IN FORMA PAUPERIS:**  YES ____   NO __X__

**MOTIONS PENDING:**  YES ____   NO __X__

**NOTICE OF APPEAL FILED BY:**  Defendants

**APPEAL FROM:**  Opinion and Order entered on 10/05/2020, and
 Order entered on 10/28/2020

**SPECIAL COMMENTS:**  Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entries  329, 332, and 333**

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated record on appeal in the case.

 MARIA ANTONGIORGI-JORDAN
 Clerk of the Court


 S/ Mildred Concepción
 Mildred Concepción
 Deputy Clerk

s/c:  CM/ECF Parties, Appeals Clerk